IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| LUVEN WHITEHORSE,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | MEMORANDUM DECISION AND ORDER DENYING PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY AND GRANTING PETITIONER'S MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS<br><br>Case No. 2:09-CV-273 TS |

This matter is before the Court on Petitioner's Motion for Certificate of Appealability and Petitioner's Motion for Leave to Appeal *in forma pauperis*.

An appeal from a final order in a proceeding under 28 U.S.C. § 2255 may not be taken unless a judge or circuit justice issues a certificate of appealability.[1] A COA may issue only "if the applicant has made a substantial showing of the denial of a constitutional right."[2] "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the

---

[1] 28 U.S.C. § 2253(c)(1).

[2] *Id*. § 2253(c)(2).

1

district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further."[3] For substantially the same reasons set out in the Court's prior Orders,[4] the Court will deny Petitioner's Motion for Certificate of Appealability. However, the Court will allow Petitioner to proceed *in forma pauperis*.

It is therefore

ORDERED that Petitioner's Motion for Certificate of Appealability (Docket No. 10) is DENIED. It is further

ORDERED that Petitioner's Motion for Leave to Appeal *in forma pauperis* is GRANTED.

DATED August 28, 2009.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[3] *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

[4] Docket Nos. 3 and 5.